In the Matter of FIRST & MERCHANTS NATIONAL BANK OF RICHMOND, Respondent, *v.* RALPH H. WADE, Appellant.

Supreme Court, Appellate Term, First Department, April 5, 1962.

*Egan & Bliss* (*Herbert J. Bliss* of counsel), for appellant. *Abrams & Cowan* (*Maurice Abrams* of counsel), for respondent.

*Per Curiam.* The sole source of the judgment debtor's income was the disability pension received by him from the United States Government as a retired air force officer. By the express language of section 667 of the Civil Practice Act a pension is exempt from seizure in any legal proceeding. It has been authoritatively determined that section 793 of the Civil Practice Act has not abolished or curtailed this exemption (*Ley Realty Corp.* v. *Foley,* 161 Misc. 666; *Ford* v. *Bailey,* 259 App. Div. 505).

It was error to grant the application for the payment of installments from the pension of the judgment debtor.

The order should be reversed, with $10 costs and disbursements, and motion denied.

Concur — HOFSTADTER, J. P., GOLD and CAPOZZOLI, JJ.

Order reversed, etc.